1
2
3
4
5
6
7
8
9
10
11
12
13
14

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR DISCOVERY FROM EPOCH.COM, LLC

Case No.  CV14-03810 BRO (PJWx)

**ORDER RE  STAY OF ACTION AND ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY**

15   The Court is in receipt of the Status Report, filed 11/9/2015, docket no. 56 and

16   **GOOD CAUSE APPEARING THEREFORE,  IT IS HEREBY ORDERED**  that:

17       This action shall be STAYED until the Appeal has been completed;

18       IS HEREBY ORDERED that this action is removed from the Court's active

19   caseload until further application by the parties or Order of this Court.

20       In order to permit the Court to monitor this action, the Court orders the parties

21   to file periodic status reports.

22        The first such report is to be filed on February 8, 2016_, unless the stay is lifted

23   sooner.  Successive reports shall be filed every 90 days thereafter.  Each report must

24   indicate on the face page the date on which the next report is due.

25       All pending calendar dates are vacated by the Court.

26
27
28

1         This Court retains jurisdiction over this action and this Order shall not prejudice

2    any party to this action.

3

4

5    **IT IS HEREBY ORDERED**

6    Dated: <u>November 12, 2015</u>

7                    HONORABLE BEVERLY REID O'CONNELL

8                    UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28